IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BODEK AND RHODES, INC.              :       CIVIL ACTION
                                    :
   v.                               :
                                    :
BOB LANIER ENTERPRISES, INC. et al. :       NO. 15-3421

ORDER

AND NOW, this 2nd day of February, 2016, upon consideration of plaintiff Bodek and Rhodes, Inc.'s second motion for default judgment (docket entry #18), and for the reasons stated in the accompanying Memorandum, it is hereby ORDERED that:

1. Bodek's second motion for default judgment (docket entry #18) is GRANTED; and

2. Bodek shall ADVISE the Court via facsimile (215-580-2156) as to whether it intends to pursue its claims against Brenda Szpot by February 5, 2016 at noon.

BY THE COURT:

 /s/ Stewart Dalzell, J.
Stewart Dalzell, J.